No. 1185. JOFFE *v.* JOFFE. Sup. Ct. N. J. Certiorari denied. *Eugene Gressman* and *F. Joseph Donohue* for petitioner. *J. Mortimer Rubenstein* for respondent.

No. 1186. JOFFE *v.* JOFFE. C. A. 3d Cir. Certiorari denied. *Eugene Gressman* and *F. Joseph Donohue* for petitioner. *J. Mortimer Rubenstein* for respondent.

No. 1214. BUTLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Ralph Rudd* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States. *Marvin M. Karpatkin, Melvin L. Wulf* and *Bernard A. Berkman* for American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 1220. AMERICAN AIRLINES, INC. *v.* EGAN ET AL., ADMINISTRATORS. Ct. App. N. Y. Certiorari denied. *John J. Martin* and *William M. Keegan* for petitioner. *Bernard Shatzkin* and *Burton S. Cooper* for respondents.

No. 1231. HENDREX *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sanford Rosenthal* and *George Stone* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1221. MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* KISER. Sup. Ct. Okla. Certiorari denied. *Edward K. Wheeler* and *Eldon S. Olson* for petitioner.